UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2014 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FELICIA MUHAMMAD,<br><br>　　　　Defendant. | CR No. 14-**CR14-0448**<br><br>**I N D I C T M E N T**<br><br>[18 U.S.C. § 1014: False Statement to a Financial Institution; 18 U.S.C. § 2: Aiding and Abetting and Causing an Act to be Done] |

　　　The Grand Jury charges:

COUNTS ONE THROUGH FIVE

[18 U.S.C. §§ 1014, 2]

A.　INTRODUCTORY ALLEGATIONS

　　　At all times relevant to this Indictment:

Defendant

　　　1.　Defendant FELICIA MUHAMMAD (defendant "MUHAMMAD") was a resident of Los Angeles County, within the Central District of California. Defendant MUHAMMAD was a licensed real estate agent. Defendant MUHAMMAD was a Housing and Urban Development ("HUD") Section 8 Housing Choice Voucher Program participant receiving a rental subsidy through the Long Beach Housing Authority.

Victim Financial Institutions

2. Countrywide Bank, FSB ("Countrywide Bank") was a federally-chartered financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation ("FDIC").

3. First Horizon Home Loans ("First Horizon") was a division of First Tennessee Bank N.A., which was a federally-chartered financial institution, the deposits of which were insured by the FDIC.

4. U.S. Bank N.A. ("U.S. Bank") was a federally-chartered financial institution, the deposits of which were insured by the FDIC.

Fraudulent Loan Applications and Other Documents Submitted

5. In or about June 2008, defendant MUHAMMAD purchased two condominium units located at 6064 Hazelhurst Place, North Hollywood, California (the "Hazelhurst property") and one condominium unit located at 7632 Topanga Boulevard, Canoga Park, California (the "Topanga property"), within the Central District of California.

Hazelhurst property unit # 9

6. On or about June 20, 2008, defendant MUHAMMAD executed and caused to be submitted to Countrywide Bank a Uniform Residential Loan Application ("URLA") applying for a loan in the amount of $459,000, to be secured by the Hazelhurst property unit # 9 ("Hazelhurst Loan 1").

7. On or about June 20, 2008, defendant MUHAMMAD executed and caused to be submitted to Countrywide Bank an Occupancy Certification stating that defendant MUHAMMAD intended to occupy the Hazelhurst property unit # 9 as her principal residence.

///

Topanga property unit # 108

8. On or about June 24, 2008, defendant MUHAMMAD executed and caused to be submitted to First Horizon a URLA applying for a loan in the amount of $274,500, to be secured by the Topanga property unit # 108 ("Topanga Loan 1").

9. On or about June 24, 2008, defendant MUHAMMAD executed and caused to be submitted to First Horizon an Occupancy Affidavit stating that defendant MUHAMMAD intended to occupy the Topanga property unit # 108.

Hazelhurst property unit # 6

10. On or about June 25, 2008, defendant MUHAMMAD executed and caused to be submitted to U.S. Bank a URLA applying for a loan in the amount of $417,000, to be secured by the Hazelhurst property unit # 6 ("Hazelhurst Loan 2").

B. FALSE STATEMENTS

11. On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendant MUHAMMAD knowingly made false statements to financial institutions for the purpose of influencing the actions of the financial institution in connection with the following loans:

| COUNT | DATE | FALSE STATEMENT/LOAN |
|---|---|---|
| ONE | 06/20/2008 | URLA submitted to Countrywide Bank for Hazelhurst Loan 1, which falsely stated that defendant MUHAMMAD would occupy the Hazelhurst property unit # 9 as her primary residence, when in truth and in fact, as defendant MUHAMMAD then well knew, defendant MUHAMMAD would not occupy the Hazelhurst property unit # 9 as her primary residence. |

| COUNT | DATE | FALSE STATEMENT/LOAN |
|---|---|---|
| TWO | 06/20/2008 | Occupancy Certification submitted to Countrywide Bank in support of URLA for Hazelhurst Loan 1, which falsely stated that defendant MUHAMMAD would occupy the Hazelhurst property unit # 9 as her principal residence, when in truth and in fact, as defendant MUHAMMAD then well knew, defendant MUHAMMAD would not occupy the Hazelhurst property unit # 9 as her principal residence. |
| THREE | 06/24/2008 | URLA submitted to First Horizon for Topanga Loan 1, which falsely stated that defendant MUHAMMAD would occupy the Topanga property unit # 108 as her primary residence, when in truth and in fact, as defendant MUHAMMAD then well knew, defendant MUHAMMAD would not occupy the Topanga property unit # 108 as her primary residence. |
| FOUR | 06/24/2008 | Occupancy Affidavit submitted to First Horizon in support of URLA for Topanga Loan 1, which falsely stated that defendant MUHAMMAD intended to occupy the Topanga property unit # 108, when in truth and in fact, as defendant MUHAMMAD then well knew, defendant MUHAMMAD would not occupy the Topanga property unit # 108. |

| COUNT | DATE | FALSE STATEMENT/LOAN |
|---|---|---|
| FIVE | 06/25/2008 | URLA submitted to U.S. Bank for Hazelhurst Loan 2, which falsely stated that defendant MUHAMMAD would occupy the Hazelhurst property unit # 6 as her primary residence, when in truth and in fact, as defendant MUHAMMAD then well knew, defendant MUHAMMAD would not occupy the Hazelhurst property unit # 6 as her primary residence. |

A TRUE BILL

/S/
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

RICHARD E. ROBINSON
Assistant United States Attorney
Chief, Major Frauds Section

JILL FEENEY
Assistant United States Attorney
Deputy Chief, Major Frauds Section

EDWARD E. ALON
Assistant United States Attorney
Major Frauds Section